IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. 1:25-cv-01576 (RDA/LRV) |
| v. | ) |
| | ) |
| UNKNOWN ENTITY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Plaintiff Jane Doe ("Plaintiff") has filed an expedited *ex parte* motion for various relief (the "Motion"). Dkts. 16-19. Upon the Court's consideration of Plaintiff's Motion, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion (Dkts. 16-19) is GRANTED; and it is

FURTHER ORDERED that the temporary restraining order ("TRO") in this case (Dkt. 12) is EXTENDED by FOURTEEN (14) DAYS, through October 30, 2025; and it is

FURTHER ORDERED that the preliminary injunction hearing is RESET for October 30, 2025, at 10:30 a.m.; and it is

FURTHER ORDERED that this Action and corresponding docket be unsealed; and it is

FURTHER ORDERED that Plaintiff is granted leave to file an Amended Complaint identifying the true identities of Plaintiff and Defendant; and it is

FURTHER ORDERED that the Court shall issue an amended TRO correcting the clerical error identified in Plaintiff's Motion.

IT IS SO ORDERED.

Alexandria, Virginia
October 15, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge