IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Xu'e Chen, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-1576 (RDA/LRV) |
| ) | |
| guangzhoushimeilinbianlidianyouxian ) | |
| -gongsi ) | |
| ) | |
|     Defendant. ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 15 U.S.C. § 1116, 35 U.S.C. § 283, and Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Xu'e Chen ("Plaintiff") respectfully moves this Court to convert the Temporary Restraining Order entered on October 2, 2025 into a Preliminary Injunction.[1]

For the reasons stated in the accompanying Memorandum, Plaintiff respectfully requests that the Court convert the TRO entered on October 2, 2025 into a preliminary injunction enjoining Defendant guangzhoushimeilinbianlidianyouxiangongsi (Amazon Seller ID ASBILRM7NL563) and Amazon.com, from continuing to sell the Accused Products identified as ASIN B0DPYNW5Y7, B0DPYZ4MLV, B0DPZ1Q25C, and B0DPYXTCGY, pending final resolution

---

[1] On October 14, 2025, the undersigned counsel instructed a third-party hand courier service to deliver this Motion and supporting Memorandum to the Court. The undersigned counsel received confirmation from the third-party service the its filings were received by the Court and also received a file-stamp copy. At the time, the case was still under seal and the undersigned counsel did not receive any electronic file confirmation. On October 27, 2025, the undersigned counsel discovered that there was no ECF entries corresponding to the Motion and Memorandum and confirmed that the Clerk's office had no current record of its October 14, 2025 filings. This Motion and the supporting Memorandum are the same in substance as the October 14, 2025 filings except (a) they have been re-dated; (b) the "FILED UNDER SEAL" designation has been removed; (c) the caption and body reflect the unsealed party names consistent with the Amended Verified Complaint (ECF No. 24) authorized by the Court; and (d) a certificate of service has been added.

of this Action and ordering Amazon.com to continue to freeze all accounts associated with Defendant and restrain and enjoin the transfer of any monies held in such accounts until further order by this Court.

A supporting Memorandum and proposed order is submitted herewith.

Dated: October 27, 2025

Respectfully submitted,

By: */s/ Brian M. Koide*
Brian M. Koide (VSB No. 46329)
bkoide@mwzb.com
MILLEN, WHITE, ZELANO & BRANIGAN, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: 703-243-6333
Fax: 703-243-6410
Attorney for Plaintiff Xu'e Chen

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of October 2025, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronic Notices of Electronic Filing. I also certify that I emailed the foregoing to the following to Defendant guangzhoushimeilinbianlidianyouxiangongsi using the following email: meilinbianli@163.com.

By: /s/ Brian M. Koide  
Brian M. Koide